Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James M. Rosenbaum | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3430 | **DATE** | 3/2/2000 |
| **CASE TITLE** | Ziarno vs. American National Red Cross, etal | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Telephone conference held. A one-day Markham hearing will be held on April 17, 2000 at 9:00 a.m., in Courtroom 1903, at the U.S. District Court in Chicago.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | MAR 1 5 2000 date docketed | |
| | Docketing to mail notices. | | | 70 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 3/2/2000 date mailed notice | |
| GL | courtroom deputy's initials | | GL | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS
99-CV-3430 (JMR)

Witold A. Ziarno )
 )
 v. ) ORDER
 )
The American National Red Cross; )
The American Red Cross Chicago )
Chapter; International Business )
Machines Corp.; Cable News Network,)
Inc.; International Federation of )
Red Cross and Red Crescent )
Societies; and International )
Committee of the Red Cross )

99C3430

DOCKETED
MAR 15 2000

The Court held a telephonic conference in this case on March 2, 2000, to address scheduling matters relating to the upcoming Markman hearing. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. On or before March 8, 2000, the parties will provide the Court with a preliminary claim construction, listing those terms on which the parties have agreed to a construction, and those terms on which the parties disagree. The Court reserves the decision of which claims require construction.

2. On or before March 8, 2000, the parties will provide the Court with an agreed-upon schedule for the pre-hearing dates relating to the Markman hearing. The scheduled date for submission to the Court of Markman briefs shall not be later than April 1, 2000.

3. A one-day Markman hearing will be held in the United States District Court for the District of Northern Illinois located

70

in Chicago, Illinois, on April 17, 2000, at 9:00 a.m.

4. Defendant American Red Cross's motion in limine to bar plaintiff from calling a patent law expert at the <u>Markman</u> hearing is denied.

5. The Court reserves its ruling on defendant American Red Cross's motion for partial summary judgment.

Dated: March  3ʳᵈ , 2000

_____
JAMES M. ROSENBAUM
United States District Judge

**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** Reporter - Dawn Anderson
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

| PLAINTIFF(S) | PLAINTIFF(S) COUNSEL |
|---|---|
| Witold Ziarno | Peter Meyer |
| | Brian Rupp |

VS. CIV. 99-3430

| | |
|---|---|
| American National Red Cross | Robert Loeffler |
| | Barry Bretschneider |
| IBM Corporation | Scott Bergs |
| Cable News Network | Kathleen Lyons |

INTERPRETER _____

( ) MOTION MINUTES

**ORDER TO BE SUBMITTED BY:** ( XX ) COURT ( ) PLAINTIFF ( ) DEFENDANT

PHONE CONFERENCE - Parties are to submit an agreed list of the terms of the Patent "not in dispute" and a list of Patent terms that need to be constued by Mid week of the week of March 6, 2000. American National Red Cross motion in limine to bar plaintiff from calling patent law expert at markman hearing - DENIED. MARKMAN hearing is scheduled for Monday, April 17, 2000 at 0900 a.m.

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 3-2-00

Larry Lewis, Calendar Clerk to
James M. Rosenbaum