AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Ziarno

v.

The American Red Cross

**JUDGMENT IN A CIVIL CASE**

Case Number: 99 C 3430

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury finds for the plaintiff in that the plaintiff has proved by the greater weight of the evidence that defendant's method of fundraising over the internet infringes any claims of the 273 patent as to Claims 1,3,5,6,7,8,15,18,19,21,23, 29,31,32,44,48,50 and 51.

Jury further found for the defendant in that the defendant proved by clear and convincing evidence that plaintiff's patent application does not satisfy the written description requirement.

Jury also found for the defendant in that defendant proved by clear and convincing evidence that any claims of the 273 patent are anticipated by prior art as to Claim 1,3,5,6,7,8,15,18,21,23,33,44, and 51.

Jury further found for the defendant in that the defendant proved by clear and convincing evidence that any claims of the 273 patent are obvious in light of prior art as to Claims 1,3,5,6,8,15,18,23,33,44 and 51.

Michael W. Dobbins, Clerk of Court

Date: 6/28/2001

Gladys Lugo, Deputy Clerk

207